Laura A. Gianni, Esq. (CA SBN 178130)
GIANNI ✦ PETOYAN
17383 Sunset Blvd., Suite A 200
Pacific Palisades, CA 90272
Tel: 310/230-6767
Fax: 310/230-6051
lag@giannipetoyan.com

Sharon Arkin
THE ARKIN LAW FIRM
333 s. Grand ave., 25th Floor
Los Angeles, CA 90071
Tel. (541) 469-2892
Fax (866) 571-5676
sarkin@arkinlawfirm.com

Rand P. Nolen, Esq. (TX SBN 00788126)
rand_nolen@fleming-law.com
George M. Fleming, Esq. (TX SBN 07123000)
george_fleming@fleming-law.com
FLEMING & ASSOCIATES, LLP
1330 Post Oak Boulevard, Suite 3030
Houston, TX 77056
Tel. (713) 621-7944
Fax (713) 621-9638

Keith Morgan, Esq.
LAW OFFICES OF KEITH MORGAN
224 Capitol Street
Charleston, WV 25301
keith_morgan@mac.com

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT A. WILCOX on behalf of himself and all others similarly situated, FOR<br>Plaintiff,<br><br>FOREST LABORATORIES, INC., and FOREST PHARMACEUTICALS, INC.,<br>Defendants. | Civil Action No. _____<br><br>NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING |

**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDING**

Pursuant to Rule 3-13 of the Civil Local Rules of the United States District Court, Northern District of California, the following action styled:

> Scott A. Wilcox on behalf of himself and all others similarly situated v. Forest Laboratories, Inc., and Forest Pharmaceuticals, Inc.

is related to MDL No. 2067 In Re: Celexa and Lexapro Marketing and Sales Practices Litigation, currently pending before the Honorable Nathaniel M. Gordon, in the United States District Court, District of Massachusetts, and transfer of this action should be effected pursuant to 20 USC 1407.

///

///

///

DATED: December 22, 2009

Respectfully submitted,

**GIANNI-PETOYAN**

Laura Gianni
17383 Sunset Boulevard, Ste. A200
Pacific Palisades, CA 90272

**THE ARKIN LAW FIRM**
Sharon Arkin
333 S Grand Ave, 25th Floor
Los Angeles, CA 90071

**FLEMING & ASSOCIATES, LLP**
Rand P. Nolen
Texas Bar No. 00788126
George M. Fleming
Texas Bar No. 07123000
1330 Post Oak Boulevard, Suite 3030
Houston, Texas 77056
Telephone (713) 621-7944
Fax (713) 621-9638

**LAW OFFICES OF KEITH MORGAN**
Keith Morgan
224 Capitol Street
Charleston, WV 25301

**ATTORNEYS FOR PLAINTIFF**