### UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: CELEXA AND LEXAPRO MARKETING
AND SALES PRACTICES LITIGATION**

Scott A. Wilcox v. Forest Laboratories, Inc., )
et al., N.D. California, C.A. No. 3:09-6022 ) MDL No. 2067

### CONDITIONAL TRANSFER ORDER (CTO-2)

On August 19, 2009, the Panel transferred two civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See*___F.Supp2d___(J.P.M.L. 2009). Since that time, three additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Nathaniel M. Gorton.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Gorton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of August 19, 2009, and, with the consent of that court, assigned to the Honorable Nathaniel M. Gorton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify on _____ that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☑ electronically filed original filed on_____
☐ original filed in my office on_____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By_____
Deputy Clerk